## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,                     CIVIL ACTION NO.: 13-15026

vs.                               HONORABLE: Robert H. Cleland

LAKENYA R. CARTER,

      Defendant,

_____/

### ORDER FOR ALTERNATE SERVICE

After reviewing the Motion herein, and being otherwise advised in the matter:

THE COURT FINDS:

Service of process upon defendant LAKENYA R. CARTER cannot reasonably be made as provided in FRCP 5(b) or MCR 2.105, and service of process may be made in a manner which is reasonably calculated to give Defendant actual notice of the proceeding and an opportunity to be heard.

**IT IS ORDERED:**

Service of the Summons and Complaint and a copy of this order may be made by the following method(s):

    a.  xx☐   First class mail to 5983 Lakewood St., Detroit, MI 48213.

    b.  xx☐   Certified Mail, Return Receipt Requested.

    c.  xx☐   Tacking or firmly affixing to the door at 5983 Lakewood St., Detroit, MI 48213.

**IT IS FURTHER ORDERED:**

For each method used, proof of service must be filed promptly with the court.

                           _s/Robert H. Cleland
                           Robert H. Cleland
                           United States District Judge

Dated: April 9, 2014